SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
GEOFFREY A. BARROW, DC #462662
Geoffrey.Barrow@usdoj.gov
NICHOLAS D. MEYERS, OSB #222743
Nicholas.Meyers@usdoj.gov
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:24-cr-00383-002-AN |
| v. | GOVERNMENT'S SENTENCING MEMORANDUM |
| GIOVANI SPIREA, | |
| Defendant. | Sentencing: October 15, 2025 at 10:00 a.m. |

Defendant Giovani Spirea played a central role in a large multi-state criminal conspiracy that stole more than $2.4 million dollars of benefits from hundreds of low-income and food-insecure individuals and families.  Mothers struggling to feed their families and seniors who rely on public assistance were left in the checkout line, unable to purchase groceries because defendant and his coconspirators had depleted their electronic food benefits to purchase infant formula, energy drinks and other items, which the defendant and his coconspirators resold for personal gain.  Unlike many of his co-conspirators, Spirea played an active role stealing EBT numbers using electronic skimming devices and distributing this data to others in furtherance of

**Government's Sentencing Memorandum**                                                                                                  Page 1

the conspiracy.  He also maintained storage units to collect stolen goods before they were transferred to California for resale on the illicit market.

For all the reasons set forth herein, the government recommends a mid-level sentence of 27 months followed by a three-yar period of supervised release and a $100 special assessment.

I.      Factual Background

A.  The Offense Conduct

The Presentence Investigation Report (PSR) accurately summarizes the offense conduct in paragraphs 18 through 29, which are incorporated herein by reference.

The government's investigation began in 2023 in response to a rise in fraud associated with Electronic Benefit Transfer (EBT) cards in the Pacific Northwest.  The investigation uncovered a coordinated effort to unlawfully obtain and use stolen EBT data to purchase infant formula and other goods at grocery stores in Oregon and Washington. Coconspirators transported the goods to California where they were sold on the illicit market.

The Supplemental Nutrition Assistance Program, known as SNAP, is a federal program that provides nutrition benefits to low-income individuals and families.  SNAP is administered by the United States Department of Agriculture (USDA), under the Food and Nutrition Service. SNAP benefits are limited for use by eligible recipients at stores to purchase approved food items.

The State of Oregon administers the SNAP program using what is known as an Electronic Benefit Transfer (EBT) card.  The EBT card is an access device within the meaning of 18 U.S.C. § 1029(e)(1), in that it is a card containing a series of numbers which can be used to obtain things of value, specifically, eligible food items under the SNAP program.

To administer Federal program benefits, the State of Oregon DHS uses an online magnetic card EBT system. Online systems use the existing card technology developed by financial institutions and credit card companies. DHS provides a plastic EBT card, also referred to as the Oregon Trail Card, to SNAP recipients. The EBT card (the Oregon Trail Card) has a magnetic strip containing basic information necessary to make food purchases. At an authorized vendor, the recipient presents the card and enters a personal identification number (PIN) into a POS terminal. The POS terminal communicates with a central database that maintains recipient account balance information. The central database verifies the benefits available, authorizes the transaction, and deducts the purchase amount from the recipient's account. The system also calculates cumulative SNAP sales for each retailer and authorizes payment electronically to the retailer's bank account. The SNAP Program is funded by the USDA and administered through the State of Oregon DHS.

The amount of SNAP benefits received by a recipient or household is based on a means test, including an income and expense analysis. Benefits are typically issued monthly and are directly deposited to the SNAP recipient's EBT card account. Only the recipient or their authorized representative may use the recipient's benefits. All states maintain SNAP programs that operate in a substantially similar manner.

SNAP benefits are typically stolen by individuals and groups who surreptitiously affix skimming devices to EBT POS terminals. The skimming devices capture the EBT account number and PIN. The thieves encode the data on magnetic cards. They monitor the account balances on the SNAP accounts to strike shortly after benefits are transferred to the accounts. The thieves then use the encoded cards to purchase SNAP eligible benefits. Infant formula is frequently targeted because of its high value and ready market for illicit resale. As in this case,

SNAP recipients often learn that their benefits have been stolen when they attempt to purchase groceries only to learn that their balances have been depleted without their knowledge.

Investigators in this case worked closely with retail loss prevention personnel in Oregon and Washington. Investigators gathered store surveillance footage showing the defendant and his coconspirators repeatedly making purchases of infant formula utilizing stolen SNAP benefits. Investigators also obtained purchase information, including the EBT card numbers, which document the transactions.

For example, on March 2, 2024, defendant and a young child entered a Fred Meyer in Portland, Oregon. Defendant purchased $299.67 in goods using EBT Card ending in 3479 issued to Victim J.S. in California. The store's surveillance system captured the defendant and the transaction:

# 03/02/2024 – FM135 Hawthorne





Victim J.S. did not give defendant, or anyone else, permission to use their EBT benefits. That same day, defendant used stolen EBT benefits at three additional Fred Meyer locations.

On March 4, 2024, Safeway loss prevention officers followed Spirea and his co-defendant wife Santa-Madalina Costache to multiple stores where they purchased informant formula and energy drinks using stolen EBT benefits. Following the purchases, they drove to a storage unit in Gresham, Oregon. PSR ¶ 23. Surveillance units subsequently observed defendant use storage units to collect stolen goods on multiple occasions. PSR ¶¶ 24, 25.

On May 24, 2024, investigators in Orange County, California executed a search warrant at a residence in Fountain Valle, California that they tied to co-conspirator Ramirez Dumitru. During the course of this investigation, defendant drove a 2015 Toyota Sienna minivan registered in his name using the Fountain Valley address. From the residence, investigators seized skimming devices and electronic media including laptops and thumb drives. From this media, investigators identified stolen EBT account information that was used in Oregon and Washington by Spirea, his wife, and co-conspirators Ramirez Dumitru, Anita Vaduva and Ion Paul Miclescu to unlawfully obtain SNAP eligible food items.

On June 4, 2024, defendant entered a Fred Meyer in Happy Valley, Oregon, and purchased $286.86 worth of infant formula goods using an EBT Card ending in 3479 issued to

Victim P.B. in California. The store's surveillance system captured the transaction:



Defendant also used Victim P.B.'s benefits to withdraw $81.89 in cash benefits. That same day and on one other occasion, defendant's wife also used Victim P.B.'s benefits. On June 4, 2024, alone, defendant used stolen EBT benefits six additional times at Fred Meyer locations in Oregon.

From December 1, 2024, to August 22, 2024, investigators identified defendant personally using stolen EBT benefits at Fred Meyer and Safeway store in Oregon and Washington 370 times. These transactions totaled $61,874.32. PSR ¶ 21. The benefits belonged to at least 200 individual victims. Defendant also unlawfully obtained stolen EBT account information and transferred that information to others.

Defendant's coconspirators subsequently transported the items across state lines, where the goods were resold on the illicit market. In total, the parties have agreed that defendant

**Government's Sentencing Memorandum**                          **Page 7**

unlawfully obtained or is otherwise responsible for goods valued at more than $150,000. Plea Agr. ¶ 6.

On October 22, 2024, law enforcement officers executed a search warrant at defendant's residence in Gresham, Oregon. They seized a device used to encode stolen EBT data onto cards, 32 cards used to clone EBT cards, and more than $9,000 in cash.

Investigators obtained commercial shipping records that document the shipment of 124,390 pounds of infant formula from the conspiracy's Vancouver, Washington storage unit to San Pedro, California. PSR ¶ 18. A conservative estimate of the value of these goods is more than $2.4 million. *Id.*

### B. The Charges

On October 9, 2024, defendant and fifteen coconspirators were charged in a sixteen-count indictment. Defendant was charged in Count 1 with Conspiracy to Defraud the United States, in violation of Title 18, United States Code, Section 371. He was also charged in Count 3 with Unauthorized Use of Access Devices, in violation of Title 18 United States Code, Section 1029(a)(2).

## II. Plea Agreement and Guidelines Computations

On July 30, 2025, defendant pleaded guilty to Count 1 of the Indictment.

The sentencing guidelines are accurately set forth in paragraph 8 of the plea agreement and in paragraphs 34 through 47 of the PSR.

## III. Argument

### A. Government's Recommended Sentence

Pursuant to the plea agreement and applicable advisory sentencing guidelines, the government recommends a mid-range sentence of 27 months followed by a three-year period of

supervised release. A mid-range sentence is warranted based on defendant's involvement in stealing EBT account data using skimming devices, maintaining storage united to collect stolen goods, and distributing stolen EBT data to others. He is unlawfully present in the United States and will face deportation. If deported, his conditions of release require him to remain outside the United States.

### B. Restitution and Forfeiture

Pursuant to 18 U.S.C. § 3663A, the government seeks an order of restitution in the amount of $61,874.32. As set forth above, defendant was personally responsible for using $61,874.32 in stolen EBT benefits during the course of the conspiracy. Payment should be made to Food and Nutrition Service at the address set for the in Paragraph 84 of the PSR.

There are no outstanding forfeiture issues.

### IV. Conclusion

For the above reasons, the government respectfully recommends the Court impose a mid-range sentence of 27 months followed by a three-year period of supervised release and a $100 fee assessment.

Dated: October 8, 2025

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

s/ *Geoffrey A. Barrow*
GEOFFREY A. BARROW
Assistant United States Attorney

s/ *Nicholas D. Meyers*
NICHOLAS D. MEYERS
Assistant United States Attorney

**Government's Sentencing Memorandum**                                                                **Page 9**